IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
Sept 5 2017
U.S. COURT OF
FEDERAL CLAIMS

| | | | |
|---|---|---|---|
| **Y and J Properties, Ltd.,** | § | | |
| *individually and on behalf of all other* | § | | |
| *persons similarly situated*, | § | | |
| Plaintiffs | § | | |
| | § | Cause No. | 17-1189C |
| v. | § | | |
| | § | | |
| **The United States of America,** | § | | |
| Defendant | § | | |

## ORIGINAL CLASS ACTION COMPLAINT

**COMES NOW**, Y and J Properties, Ltd., Plaintiff, appearing individually and on behalf of all persons similarly situated, and would respectfully show the following:

### STATEMENT OF JURISDICTION

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. 1491(a)(1). This is a claim seeking compensation from the United States for the taking of private property for public use pursuant to the Fifth Amendment of the Constitution of the United States.

### PARTIES

2. Representative Plaintiff Y and J Properties, Ltd. is a Texas partnership whose principal place of business is in Harris County, Texas. Representative Plaintiff brings this claim individually and on behalf of all other persons similarly situated. Representative Plaintiff owned residential property at 201 Vanderpool #115 Houston, Texas 77024. Representative Plaintiff's property suffered substantial flooding due to the deliberate and intentional release of waters from the Flood-Control Reservoirs [as defined below] and remains under a mandatory evacuation. The plaintiff class consists of all persons and entities that own real property that were flooded after 2:00 a.m. on August 28, 2017, as a result of the deliberate and intentional release of water

from the Flood-Control Reservoirs [as defined below] by the United States of America (the "United States") and its agency, the United States Army Corps of Engineers.

3. Defendant herein is the United States of America (the "United States"). Defendant answers for one or more of its agencies, especially the United States Army Corps of Engineers.

## FACTS

4. The Addicks and Barker reservoirs (the "Flood-Control Reservoirs") were authorized under the Rivers and Harbors Act of June 20, 1938, which were modified by the Flood Control Acts of August 11, 1938, September 3, 1954, and October 27, 1965. The Flood-Control Reservoirs are located in or near western Harris County, Texas. The Flood-Control Reservoirs feed into Buffalo Bayou, which is flanked by thousands of residences and businesses (the "Affected Area").

5. On August 13, 2017, the National Hurricane Center ("NHC") began monitoring a tropical wave. By August 24, 2017, the NHC declared that tropical wave had gathered sufficient strength to be renamed tropical storm Harvey. Later that day, the NHC announced that tropical storm Harvey had become Hurricane Harvey. As Hurricane Harvey entered the Gulf of Mexico, it quickly gathered strength and ultimately reached the status of a Category 4 hurricane, sustaining winds of 130 miles per hour.

6. On August 25, 2017, Harvey made landfall in the Aransas County, Texas area. That same day, the pools behind the Flood-Control Reservoirs had begun to rise. By August 26, Harvey migrated east into the Houston, Texas area, ultimately dumping a record 51.88 inches of rain over the next days.

7.     Beginning at approximately 2:00 a.m. on August 28, 2017, and continuing thereafter, the Army Corps of Engineers deliberately and intentionally released an unprecedented amount of water from the Flood-Control Reservoirs into Buffalo Bayou and the Affected Area.

8.     Plaintiffs are businesses and residents of the neighborhoods near Buffalo Bayou, downstream from the Flood-Control Reservoirs.  These businesses and residences suffered substantial flooding that would not have occurred but for the intentional and deliberate decision to unprecedented controlled release rates of water into Buffalo Bayou from the Flood-Control Reservoirs.

## CAUSE OF ACTION

9.     Plaintiffs reassert and incorporate by reference the facts as set forth above and incorporate them in full herein.

10.    As a natural and direct result of the Army Corps of Engineers' acts and omissions, Plaintiffs have been deprived of the use, occupancy, and enjoyment of their real property. The United States has taken Plaintiffs' property in violation of the Fifth Amendment of the United States Constitution.

## REQUEST FOR CLASS ACTION CERTIFICATION

11.    Plaintiffs reassert and incorporate by reference the facts as set forth above and incorporate them in full herein.

12.    Plaintiffs bring this action individually and on behalf of all other persons similarly situated (i.e., property owners in and around Buffalo Bayou who were flooded on or after 2:00 a.m. on August 28, 2017) which property was taken by the United States for a public purpose as described above.

13. Maintaining this action as a class action is appropriate because: (a) the class is so numerous that joinder is impracticable; (b) there are questions of law and fact common to the class; (c) the claims of the representative party is typical of the claims of the proposed class; and (d) the representative party will fairly and adequately protect the interests of the class. Moreover, Plaintiffs have retained counsel who are experienced in and capable of prosecuting class action litigation and who will devote the appropriate resources necessary to prosecute these claims.

## **PRAYER**

14. Wherefore, premises considered, Plaintiffs pray:

   (a)   that this matter be maintained and certified as a class action on behalf of all those engaged in commercial enterprises and/or residing or owning property in the Affected Area;

   (b)   for judgment in their favor individually and on behalf of all persons similarly situated and against the United States of America finding that Plaintiffs' property and the property of all entities similarly situated has been taken for a public purpose entitling Plaintiffs and entities similarly situated to just compensation pursuant to the Fifth Amendment of the United States Constitution in excess of $1,000,000,000; and

   (c)   for such other and further relief in equity and at law to which Plaintiffs are entitled.

Respectfully submitted this 3rd day of September, 2017.

/s/ Michael D. Sydow
Michael D. Sydow
TX Bar No. 19592000
The Sydow Firm
5020 Montrose Boulevard, Suite 450
Houston, Texas 77006

(713) 622-9700
(713) 552-1949 (fax)

-and-

Thomas W. Pirtle
TX Bar No. 16038610
Laminack, Pirtle, Martines LLP
5020 Montrose Boulevard, Floor 9
Houston, Texas 77006-6550
(713) 292-2750
(713) 292-2755 (fax)

-and-

Jeffrey D. Meyer
TX Bar No. 00788048
The Meyer Law Firm, P.C.
9235 Katy Freeway, Suite 160
Houston, Texas 77024
(713) 974-4100
(713) 974-0225 (fax)

-and-

Avram J. Blair
TX Bar No. 24033585
Avram Blair & Associates P.C.
3120 Southwest Freeway, Suite 215
Houston, Texas 77098
(713) 936-2609
(832) 203-8286 (fax)