# In The United States Court of Federal Claims

Cover Sheet

**17-1189 C**

Plaintiff(s) or Petitioner(s)

Names: Y and J Properties, Ltd., individually and on behalf of all other persons similarly s

Location of Plaintiff(s)/Petitioner(s) (city/state): Houston, Texas

(If this is a multi-plaintiff case, pursuant to RCFC 20(a), please use a separate sheet to list additional plaintiffs.)

Name of the attorney of record (See RCFC 83.1(c)): Michael D. Sydow

Firm Name: The Sydow Firm

RECEIVED SEP -5 2017 OFFICE OF THE CLERK U.S. COURT OF FEDERAL CLAIMS

Contact information for pro se plaintiff/petitioner or attorney of record:

Post Office Box:

Street Address: 5020 Montrose Boulevard, Suite 450

City-State-ZIP: Houston, Texas 77006

Telephone & Facsimile Numbers: (713) 622-9700; (713) 552-1949 (fax)

E-mail Address: michael.sydow@thesydowfirm.com

Is the attorney of record admitted to the Court of Federal Claims Bar?  ■ Yes  ☐ No

Nature of Suit Code: 510
Select only one (three digit) nature-of-suit code from the attached sheet. See attached sheet for three-digit codes. If number 213 is used, please identify partnership or partnership group:

Agency Identification Code: O

Number of Claims Involved:

Amount Claimed: $ 1,000,000,000
Use estimate if specific amount is not pleaded.

Bid Protest:
Indicate approximate dollar amount of procurement at issue: $

Was this action preceded by the filing of a protest before the GAO?  ☐ Yes  ☐ No

If yes, was a decision on the merits rendered?  ☐ Yes  ☐ No

Takings Case:
Specify Location of Property (city/state): Houston, Texas

Vaccine Case:
Date of Vaccination:

Related Case:
Is this case directly related to any pending or previous cases?  ☐ Yes  ☐ No
If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.