# In the United States Court of Federal Claims

Nos. 17-1189L, 17-1191L, 17-1194L, 17-1195L, 17-1206L, 17-1215L, 17-1216L
17-1232L, 17-1235L, 17-1277L, 17-1303L, 17-1300L, 17-1332L, 17-1390L,
17-1374L, 17-1391L, 17-1393L, 17-1394L, 17-1395L, 17-1396L, 17-1397L,
17-1398L, 17-1399L, 17-1408L, 17-1409L, 17-1423L, 17-1427L, 17-1428L,
17-1430L, 17-1433L, 17-1434L, 17-1435L, 17-1436L, 17-1437L, 17-1438L,
17-1439L, 17-1450L, 17-1451L, 17-1453L, 17-1454L, 17-1456L, 17-1457L,
17-1458L, 17-1459L, 17-1460L, 17-1461L

Filed: October 11, 2017

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| Y AND J PROPERTIES, LTD., *individually and on behalf of all other persons similarly situated*,     Plaintiffs, | \* \* \* \* \* |
| BRYANT BANES, NEVA BANES, CARLTON JONES, AND NB RESEARCH, INC., *on behalf of themselves and others similarly situated*,     Plaintiffs, | \* \* \* \* \* \* |
| MATTHEW SALO AND GABRIELA SALO, *on behalf of themselves and all other similarly situated persons and entities*,     Plaintiffs, | \* \* \* \* \* |
| ANGELA BOUZERAND, WAYNE PESEK, AMY PESEK, AND FRED PAUL FRENGER, *individually and on behalf of all other similarly situated*,     Plaintiffs, | \* \* \* \* \* \* |
| VAL ANTHONY ALDRED, HAGAN HAMILTON HEILIGBRODT, WILLIAM LANGE KRELL, JR., BEVERLY FECEL KRELL, AND SHAWN S. WELLING, *appearing individually and on behalf of all persons similarly situated*,     Plaintiffs, | \* \* \* \* \* \* \* \* |
| KENNETH LEE SMITH AND CONSTANCE SMITH,     Plaintiffs, | \* \* \* |

| | |
|---|---|
| GARNER TIP STRICKLAND, IV AND MEGAN K. STRICKLAND,<br>    Plaintiffs, | *<br>*<br>*<br>* |
| BONNIE CLARK GOMEZ AND JORGE L. GOMEZ,<br>    Plaintiffs, | *<br>*<br>*<br>* |
| VIRGINIA MILTON AND ARNOLD MILTON, *on behalf of themselves and all other similarly situated persons*,<br>    Plaintiffs, | *<br>*<br>*<br>*<br>* |
| CHRISTINA MICU, *and all others similarly situated*,<br>    Plaintiffs, | *<br>*<br>*<br>* |
| ANTHONY ARRIAGA, *et al.*,<br>    Plaintiffs, | *<br>*<br>* |
| WAYNE HOLLIS, JR. AND PEGGY HOLLIS, *individually and on behalf of all other similarly situated*,<br>    Plaintiffs, | *<br>*<br>*<br>*<br>* |
| BASIM MOUSILLI,<br>    Plaintiff, | *<br>*<br>* |
| HENRY DE LA GARZA AND RANDY DE LA GARZA,<br>    Plaintiffs, | *<br>*<br>*<br>* |
| SANDRA JACOBSON, *et al.*,<br>    Plaintiffs, | *<br>*<br>* |
| MARTHA POLLOCK,<br>    Plaintiff, | *<br>*<br>* |
| MARY KHOURY,<br>    Plaintiff, | *<br>*<br>* |
| AGL, LLC AND JONATHAN LEVY,<br>    Plaintiffs, | *<br>* |

| | |
|---|---|
| LUDWIGSEN FAMILY LIVING TRUST AND CHARLES LUDWIGSEN,<br>    Plaintiffs, | *<br>*<br>*<br>* |
| GERARDO REYES,<br>    Plaintiff, | *<br>*<br>* |
| VANESSA VANCE,<br>    Plaintiff, | *<br>*<br>* |
| LISA ERWIN,<br>    Plaintiff, | *<br>*<br>* |
| MARYAM JAFARNIA,<br>    Plaintiff, | *<br>*<br>* |
| EMILIANO BRUZOS, *et al.*,<br>    Plaintiffs, | *<br>*<br>* |
| EDGAR ABLAN, *et al.*,<br>    Plaintiffs, | *<br>*<br>* |
| DELFINA GOVIA,<br>    Plaintiff, | *<br>*<br>* |
| BURTON AND TOSHIKO HERING,<br>    Plaintiffs, | *<br>*<br>* |
| FAITH LEWIS,<br>    Plaintiff, | *<br>*<br>* |
| ADRIENNE AND JEREMY MURRAY,<br>    Plaintiffs, | *<br>*<br>* |
| JARRET VENGHAUS,<br>    Plaintiff, | *<br>*<br>* |
| JACK RUSSO,<br>    Plaintiff, | *<br>*<br>* |
| JOSEPH NEAL,<br>    Plaintiff, | *<br>* |

| | |
|---|---|
| IGOR EFFIMOFF, | * |
|     Plaintiff, | * |
| | * |
| ANIL THAKER, | * |
|     Plaintiff, | * |
| | * |
| JANE GILLIS, | * |
|     Plaintiff, | * |
| | * |
| WILLIAM E. AND LAURA A. WOLF, | * |
|     Plaintiffs, | * |
| | * |
| MEMORIAL SMC INVESTMENT 2013 LP, | * |
|     Plaintiff, | * |
| | * |
| CEBALLOS, *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| DRONE, *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| WILLIAMSON, *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| MEADOWS ON MEMORIAL OWNERS ASSOCIATION, INC., *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| BE MEMORIAL REALTY LTD., | * |
|     Plaintiff, | * |
| | * |
| CUTLER, *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| CHERYL L. HANKINSON, | * |
|     Plaintiff, | * |
| | * |
| TITA, *et al.*, | * |
|     Plaintiffs, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
|     Defendant. | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

4

**Michael D. Sydow**, The Sydow Firm, Houston, Texas, Counsel for Plaintiff.

**Bryant Steven Banes**, Neel, Hooper & Banes, PC, Houston, Texas, Counsel for Plaintiffs.

**Jay Edelson**, Edelson PC, Chicago, Illinois, Counsel for Plaintiffs.

**Thomas M. Fulkerson**, Fulkerson Lotz LLP, Houston, Texas, Counsel for Plaintiffs.

**Douglas Robert Salisbury**, Potts Law Firm, LLP, Houston, Texas, Counsel for Plaintiffs.

**Christopher Stephen Johns**, Johns, Marrs, Ellis & Hodge LLP, Austin, Texas and Houston, Texas, Counsel for Plaintiffs.

**Eric Reed Nowak**, Harrell & Nowak, New Orleans, Louisiana, Counsel for Plaintiffs.

**Rand P. Nolen**, Fleming, Nolen & Jez, L.L.P., Houston, Texas, Counsel for Plaintiffs.

**Charles W. Irvine**, Irvine & Conner, LLC, Houston, Texas, Counsel for Plaintiffs.

**Timothy Micah Dortch**, Cooper & Scully, PC, Dallas, Texas, Counsel for Plaintiffs.

**Clayton A. Clark**, Clark, Love & Hutson, G.P., Houston, Texas, Counsel for Plaintiffs.

**Howard L. Nations**, Nations Law Firm, Houston, Texas, Counsel for Plaintiff.

**David Charles Frederick**, Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C., Washington, D.C., Counsel for Plaintiffs.

**Erwin Armistead Easterby**, Williams, Kherkher, Hart, Boundas, LLP, Houston, Texas, Counsel for Plaintiffs.

**Kurt B. Arnold**, Arnold & Itkin, LLP, Houston, Texas, Counsel for Plaintiff.

**Noah Michael Wexler**, Arnold & Itkin, LLP, Houston, Texas, Counsel for Plaintiffs.

**Vuk Vujasinovic**, VB Attorneys, Houston, Texas, Counsel for Plaintiffs.

**Allen Craig Eiland**, The Law Offices of A. Craig Eiland, P.C., Galveston, Texas, Counsel for Plaintiff.

**Edward Blizzard**, Blizzard & Nabers, LLP, Houston, Texas, Counsel for Plaintiff.

**Rene Michelle Sigman**, Merlin Law Group, Houston, Texas, Counsel for Plaintiffs.

**Luke Joseph Ellis**, Johns, Marrs, Ellis & Hodge LLP, Houston, Texas, Counsel for Plaintiffs.

**Phillip Bruce Dye, Jr.**, Vinson & Elkins, Houston, Texas, Counsel for Plaintiff.

**Michael C. Falick**, Rothfelder & Falick, L.L.P., Houston, Texas, Counsel for Plaintiffs.

**William Fred Hagans**, Hagans, Burdine, Montgomery & Rustay, P.C., Houston, Texas, Counsel for Plaintiffs.

**Jeffrey L. Raizner**, Raizner Slania LLP, Houston, Texas, Counsel for Plaintiffs.

**Derek Heath Potts**, Potts Law Firm, LLP, Houston, Texas, Counsel for Plaintiffs.

**Jacqueline Camille Brown**, United States Department of Justice, Environmental and Natural Resources Division, Washington, D.C., Counsel for the Government.

**ORDER**

Between September 5, 2017 and October 5, 2017, forty-six complaints were filed in the United States Court of Federal Claims alleging Takings Clause claims in violation of the Fifth Amendment to the United States Constitution. Ten of those forty-six complaints are putative class action lawsuits. *See Y And J Properties, LTD v. United States*, No. 17-1189; *Banes, et al., v. United States*, No. 17-1191; *Salo, et al. v. United States*, No. 17-1194; *Bouzerand, et al. v. United States*, No. 17-1195; *Aldred, et al. v. United States*, No. 17-1206; *Milton, et al. v. United States*, No. 17-1235; *Micu, et al. v. United States*, No. 17-1277; *Hollis, Jr., et al. v. United States*, No. 17-1300; *Cutler, et al. v. United States*, No. 17-1459; *Tita, et al. v. United States*, No. 17-1461. The remaining complaints were filed either by individuals or groups of individuals.

On October 6, 2017, the court convened a status conference at the United States District Court for the Southern District of Texas. During that conference, the court stated that it would seek the assistance of Chief Judge Lee H. Rosenthal of the United States District Court for the Southern District of Texas in the selection of class counsel(s) and/or lead class counsel(s) in the above-captioned putative class action lawsuits. Chief Judge Rosenthal agreed to assist the court in this matter.

Therefore, on or before COB on Friday, October 20, 2017, all counsel of record that wish to be considered as class counsel(s) and/or lead class counsel(s) should file on their docket a Statement of Interest, pursuant to Rule of the United States Court of Federal Claims ("RCFC") 23(g)(1), that states: (1) the work counsel has done in identifying or investigating potential claims in the action; (2) counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action; and (3) counsel's knowledge of the applicable law; (4) the resources that counsel will commit to representing the class; and (5) any other information relevant to this assignment.

Counsel representing individual plaintiffs and/or a group of individual plaintiffs who do not plan to elect to "opt-in" one of the above-captioned class action cases should advise the court of that decision and whether any or all of the individual plaintiff or group(s) of individual plaintiff cases should be consolidated, and if so, whether a lead counsel(s) in one or more of those cases should be appointed. In addition, if consolidation is sought, interested counsel should provide a Statement of Interest, in the same manner and a time, as set forth above for class action counsel(s) and/or lead class action counsel(s).

On November 1, 2017, Chief Judge Rosenthal will conduct a hearing regarding any Statement(s) of Interest requested herein at 10:00 AM (CST) in Courtroom 11-D in the United States District Court for the Southern District of Texas, 515 Rusk Street, Houston, Texas.

The court will issue a separate order addressing class action certification. Appointment of class action counsel will be made at the same time certification is determined, pursuant to RCFC 23(c)(1), (g)(1).

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**